Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiff Inna Borboa Badran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BORBOA BADRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 4:17-cv-03140 SBA<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (ENTIRE ACTION) |

   IT IS HEREBY STIPULATED by and between counsel for plaintiff Inna Borboa Badran, and counsel for defendant Equifax Information Services, LLC ("Equifax") that plaintiff Inna Borboa Badran's claims against Equifax shall be dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii).

Date: November 16, 2017　　　　　　　　/s/ *Mark F. Anderson*
　　　　　　　　　　　　　　　　　　　　Mark F. Anderson, SBN 44787

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Inna Borboa Badran
Date: November 16, 2017

　　　　　　　　　　　　　　　　　　　　Thomas P. Quinn, Jr.
　　　　　　　　　　　　　　　　　　　　NOKES & QUINN APC
　　　　　　　　　　　　　　　　　　　　410 Broadway, Suite 200
　　　　　　　　　　　　　　　　　　　　Laguna Beach, CA 92651
　　　　　　　　　　　　　　　　　　　　Telephone: 949.376.3500
　　　　　　　　　　　　　　　　　　　　Email: tquinn@nokesquinn.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Equifax

**STIP FOR DISMISSAL OF ENTIRE ACTION- BADRAN V EQUIFAX,  NO. 17-03140 SBA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER ATTESTATION**

     Pursuant to Civil Local Rule 5.1(i)(3), I, Mark Anderson attest under penalty of perjury under the laws of the United States that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: November 16, 2017                       /s/*Mark F. Anderson*
                                                  Mark F. Anderson

**STIP FOR DISMISSAL OF ENTIRE ACTION- BADRAN V EQUIFAX, NO. 17-03140 SBA**